## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **TALIAH WHITFIELD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 4:13CV1979 SNLJ** |
| | ) | |
| **DILLARDS DEPARTMENT STORE,** | ) | |
| et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendants' motions to dismiss (Doc. No. 6 and 7). For the reasons set forth below, the motions are denied as moot.

Defendants filed their motions to dismiss in response to plaintiff's complaint. Subsequent to the filing of the motions, plaintiff filed an amended complaint, thereby rendering the motions to dismiss filed in response to the original complaint moot.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motions to dismiss (Doc. No. 6 and 7) are denied as moot.

Dated this 21st day of January, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE